UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

YVONNE COE,

    Plaintiff,

v.                                                                                    CASE NO.: 8:14-cv-1634-T-23MAP

DIVERSIFIED CONSULTANTS, INC.,
et al.,

    Defendants.
_____/

## **ORDER**

The parties move (Doc. 24) for an enlargement of the mediation deadline. The motion is **GRANTED**. The deadline to mediate extends to **MARCH 18, 2015**. No later than **DECEMBER 15, 2014**, lead counsel must submit a notice of mediation.

ORDERED in Tampa, Florida, on November 25, 2014.

STEVEN D. MERRYDAY
UNITED STATES DISTRICT JUDGE