UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

YVONNE COE,

        Plaintiff,

v.                                    Case No. 8:14-cv-1634-SDM-MAP

DIVERSIFIED CONSULTANTS, INC. and
DYNAMIC RECOVERY SOLUTIONS, LLC,

        Defendants.
_____/

## NOTICE OF PENDING SETTLEMENT

Defendant, Diversified Consultants, Inc. (DCI), by and through its undersigned counsel, hereby submits this Notice of Pending Settlement and states that plaintiff and DCI only have reached a verbal settlement with regard to this case and are presently drafting, finalizing, and executing the settlement and dismissal documents. Upon execution of the same, plaintiff and DCI will file the appropriate dismissal documents with the Court.

        Respectfully submitted,

        /s/ Abigail S. Pressler
        Abigail S. Pressler, Esq.
        Florida Bar No. 0098072
        Dayle M. Van Hoose, Esq.
        Florida Bar No. 0016277
        Rachel A. Morris, Esq.
        Florida Bar No. 0091498
        SESSIONS, FISHMAN, NATHAN & ISRAEL, L.L.C.
        3350 Buschwood Park Drive, Suite 195
        Tampa, FL 33618

        Telephone:   (813) 890-2465
        Facsimile:   (866) 466-3140
        apressler@sessions-law.biz
        dvanhoose@sessions-law.biz
        rmorris@sessions-law.biz

        Attorneys for Defendant,
        Diversified Consultants, Inc.

**CERTIFICATE OF SERVICE**

I certify that on this 28th day of January 2015, a copy of the foregoing was filed electronically in the ECF system. Notice of this filing will be sent to the parties of record by operation of the Court's electronic filing system, including Plaintiff's counsel as described below. Parties may access this filing through the Court's system.

David P. Mitchell, Esq.
Morgan & Morgan, P.A.
201 North Franklin Street, 7th Floor
Tampa, FL 33602

Ernest H. Kohlmyer, III, Esq.
Urban, Their, Federer & Chinnery, P.A.
200 S. Orange Ave., Suite 2000
Orlando, FL 32801

        /s/ Abigail S. Pressler
        Attorney