UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

YVONNE COE,

    Plaintiff,

                                     CASE NO.: 8:14-CV-01634-SDM-MAP

-vs-

DIVERSIFIED CONSULTANTS, INC., and
DYNAMIC RECOVERY SOLUTIONS LLC,

    Defendants.
_____/

## AMENDED NOTICE OF MEDIATION CONFERENCE

**COMES NOW** the Plaintiff, YVONNE COE, and shows unto the Court that a Mediation Conference in the above-styled cause of action is scheduled for **Wednesday, March 18, 2015 @ 10:00 a.m.,** at the offices of MANEY & GORDON, P.A., located at 101 East Kennedy Blvd., Suite 3170, Tampa, FL 33602, with Robert M. Daisley, Esquire, as qualified attorney-mediator to attempt to achieve a settlement of this case.

Respectfully submitted February 6, 2015.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this 6th day of February, 2015, I electronically filed the foregoing with the Clerk of the Court using CM/ECF system which will send a notice of electronic filings via the Court's ECF system to the following: Ernest "Skip" H. Kohlmyer, III, Esquire - Urban, Thier, Federer & Chinnery, P.A. kohlmyer@urbanthier.com; taylor@urbanthier.com (Counsel for Dynamic Recovery Solutions, LLC).

                                              *s/ David P. Mitchell*
                                              **David P. Mitchell, Esquire**
                                              Florida Bar No.: 067249
                                              Consumer Protection Department

                                          Maney & Gordon, P.A.
                                          101 East Kennedy Blvd., Suite 3170
                                          Tampa, Florida 33602
                                          Telephone: (813) 221-1366
                                          Fax: (813) 223-5920
                                          d.mitchell@maneygordon.com
                                          david@mitchellconsumerlaw.com
                                          vmarrero@maneygordon.com
                                          Counsel for Plaintiff