UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

YVONNE COE,

    Plaintiff,

CASE NO.: 8:14-CV-01634-SDM-MAP

-vs-

DYNAMIC RECOVERY SOLUTIONS LLC,

    Defendant.
_____/

## NOTICE OF PENDING SETTLEMENT & CANCELLATION OF MEDIATION CONFERENCE

    Plaintiff, YVONNE COE, hereby submits this Notice of Pending Settlement and states that Plaintiff and Defendant, DYNAMIC RECOVERY SOLUTIONS, LLC, have reached a verbal settlement with regard to this case and are presently drafting, finalizing and executing the settlement and dismissal documents. Upon execution of the same, the parties will file the appropriate dismissal documents with the Court. The mediation conference of March 18, 2015 at 10:00 a.m., before Robert M. Daisley, Mediator is hereby cancelled.

## CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished by U.S. Mail this 17th day of March, 2015 to: Ernest "Skip" H. Kohlmyer, III, Esquire - Urban, Thier, Federer & Chinnery, P.A. kohlmyer@urbanthier.com; Mary Grace Dyleski, Esquire, Dyleski@urbanthier.com, (Counsel for Dynamic Recovery Solutions, LLC) and Robert M. Daisley, Mediator, chantal@daisleymediation.com.

                                          *s/ David P. Mitchell*
                                          **David P. Mitchell, Esquire**
                                          Florida Bar No.: 067249
                                          Consumer Protection Department

                                        Maney& Gordon, P.A.  
                                        101 East Kennedy Blvd., Suite 3170  
                                        Tampa, Florida 33602  
                                        Telephone: (813) 221-1366  
                                        Fax: (813) 223-5920  
                                        Cell: (813) 454-2819  
                                        Counsel for Plaintiff