UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

YVONNE COE,

    Plaintiff,

v.                                       CASE NO. 8:14-cv-1634-T-23MAP

DIVERSIFIED CONSULTANTS, INC.,
et al.,

    Defendants.
_____/

**ORDER**

In accord with Coe and Diversified Consultant's stipulation (Doc. 33), the claims against Diversified Consultants are **DISMISSED WITH PREJUDICE**.

ORDERED in Tampa, Florida, on April 22, 2015.

_____
STEVEN D. MERRYDAY
UNITED STATES DISTRICT JUDGE